**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. <u>08-00073-01-CR-W-NKL</u> |
| | ) | |
| DONALD K. MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge John T.

Maughmer, to which no objection has been filed, the plea of guilty to Counts 1, 4 and the forfeiture

count of the Indictment are now accepted. Defendant is adjudged guilty of such offenses.

Sentencing will be set by subsequent order of the court.


   s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Kansas City, Missouri
November 20, 2008